# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FIELDS,<br><br>               Plaintiff,<br><br>   v.<br><br>JOSE MASIEL, et al.,<br><br>               Defendants. | CASE NO. 1:10-cv–01699-AWI-BAM PC<br><br>ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE TO INITIATE SERVICE OF PROCESS<br><br>(ECF No. 14) |

     Plaintiff Kevin Fields is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 29, 2011, the Magistrate Judge screened Plaintiff's complaint, and found that it states a claim against Defendants Masiel, Aguirre, and Hernandez for retaliation in violation of the First Amendment, but does not state any other claims for relief under section 1983. 28 U.S.C. § 1915A. An order issued directing Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the claim found to be cognizable. On December 20, 2011, Plaintiff filed a notice stating that he does not wish to amend and is willing to proceed only on his cognizable retaliation claim.

     Accordingly, based on Plaintiff's notice, it is HEREBY ORDERED that:

     1.     This action shall proceed against Defendants Masiel, Aguirre, and Hernandez for retaliation in violation of the First Amendment for monetary damages;

///

///

///

1

2. Plaintiff's Eighth Amendment claims are dismissed, with prejudice, for failure to state a claim; and

3. This matter is referred back to the Magistrate Judge.

IT IS SO ORDERED.

Dated:  December 23, 2011

CHIEF UNITED STATES DISTRICT JUDGE