UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE MASIEL, et al.,<br><br>　　　　　Defendants. | Case No.: 1:10-cv-01699-AWI-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR SANCTIONS<br><br>TWENTY-ONE DAY DEADLINE |

Plaintiff Kevin E. Fields ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 17, 2014, Defendants filed a motion for sanctions. (ECF No. 65.) Plaintiff did not respond. However, the Court finds it appropriate to permit Plaintiff an opportunity to respond before consideration of any request for sanctions against him. Accordingly, Plaintiff is directed to respond to Defendants' motion for sanctions within twenty-one (21) days of the date of this order.

IT IS SO ORDERED.

Dated: **April 21, 2014**　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1