1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   KEVIN E. FIELDS,                          )   Case No.: 1:10-cv-01699-AWI-BAM (PC)
                                               )
12                     Plaintiff,              )   ORDER DIRECTING DEFENDANTS TO FILE A
                                               )   RESPONSE TO (1) PLAINTIFF'S MOTION FOR
13             v.                              )   A 30-DAY EXTENSION OF TIME TO SERVE
                                               )   RESPONSES TO DEFENDANTS' REQUEST FOR
14   JOSE MASIEL, et al.,                      )   FURTHER RESPONSES TO DISCOVERY
                                               )   REQUEST; AND (2) PLAINTIFF'S MOTION TO
15                     Defendants.             )   RE-SERVE REQUESTS FOR FURTHER
                                               )   RESPONSES TO DISCOVERY AND MOTION
16                                             )   FOR SANCTIONS (ECF Nos. 69, 71)
                                               )
17                                             )
                                               )
18                                             )   TWENTY-ONE DAY DEADLINE
     _____       )

19         Plaintiff Kevin E. Fields ("Plaintiff") is a state prisoner proceeding pro se and in forma

20   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 17, 2014, Defendants filed

21   a motion for sanctions.  (ECF No. 65.)  Plaintiff did not respond.  Accordingly, on April 21, 2014, the

22   Court directed Plaintiff to respond to Defendants' motion for sanctions within twenty-one (21) days.

23   (ECF No. 67.)

24         In lieu of a response, on April 28, 2014, Plaintiff filed a motion for a thirty-day extension of

25   time to serve responses to Defendants' request for further responses to discovery requests.  (ECF No.

26   69.)  Defendants did not respond.  Thereafter, on May 12, 2014, Plaintiff filed a motion requesting an

27   order directing Defendants to re-serve their request for further responses to discovery and to reserve

28

                                                    1

their motion for sanctions.  Plaintiff also requested additional time to serve his discovery responses.  (ECF No. 71.)  Defendants have not yet responded to this motion.

The Court finds it appropriate to permit Defendants an opportunity to respond to Plaintiff's motions.  Defendants' response may render the pending motion for sanctions moot.  Accordingly, Defendants are directed to file a response or a statement of non-opposition to Plaintiff's pending motions within twenty-one (21) days of the date of this order.

IT IS SO ORDERED.

Dated:   **May 20, 2014**                              /s/ *Barbara A. McAuliffe*
                                                                UNITED STATES MAGISTRATE JUDGE