# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSE MASIEL, et al.,<br><br>　　　　Defendants. | 1:10-cv-01699-AWI-BAM (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHIN SEVEN (7) DAYS<br><br>(ECF No. 80)<br><br>Deadline: September 29, 2014 |

　　　　Plaintiff Kevin E. Fields ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on September 17, 2010. Defendants Masiel, Aguirre and Hernandez have answered the complaint.

　　　　On September 10, 2014, Plaintiff filed the instant notice requesting voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). (ECF No. 80.) "[U]nder Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted). In this case, Defendants have filed an answer. Therefore, before Plaintiff can dismiss this action, Defendants Masiel, Aguirre and Hernandez must consent in writing to the dismissal.

　　　　Accordingly, IT IS HEREBY ORDERED that within **seven (7) days** Defendants Masiel, Aguirre and Hernandez shall respond in writing to Plaintiff's notice of voluntary dismissal,

indicating whether they consent to the dismissal of this action or whether they have any reason to oppose the dismissal.

IT IS SO ORDERED.

Dated: **September 22, 2014**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE